

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:23CR3-1
:
AVERY TAKASHI STOVALL :
:

The Grand Jury charges:

COUNT ONE

From on or about October 24, 2022, continuing up to and including on or about December 8, 2022, the exact dates to the Grand Jurors unknown, in the County of Forsyth, in the Middle District of North Carolina, AVERY TAKASHI STOVALL, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D) and 2.

COUNT TWO

On or about December 8, 2022, in the County of Forsyth, in the Middle District of North Carolina, AVERY TAKASHI STOVALL knowingly transferred a firearm, that is, a Rare Breed Trigger housing, to another person, which had not been registered in the National Firearms Registration and

Transfer Record as required by Title 26, United States Code, Section 5841; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

DATED: January 6, 2023

SANDRA J. HAIRSTON
United States Attorney

BY: CLIFTON T. BARRETT
Assistant United States Attorney

BY: GRAHAM T. GREENE
Assistant United States Attorney

A TRUE BILL:

FOREPERSON